# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12211

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
    **Trustee**       Facsimile: (518) 449-2473      P.O Box 1918
**Bonnie Baker, Esq.**                                Memphis, TN 38101-1918
  **Assoc. Attorney**

November 30, 2009

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-61040         Kristy Morse

Dear Lori:

Enclosed please find check #804860 in the amount of $18.80. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        7

Account No.      552399404

Creditor         Filene's
                 POB 66955
                 St. Louis, MO 63166

RECEIVED
DEC 0 1 2009
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Receipt # 6/000078