# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

### 7 Southwoods Boulevard, Albany, New York 12211

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN  38101-1918

December 7, 2009

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:     07-61040          Kristy Morse

Dear Lori:

     Enclosed please find check #919669 in the amount of $9.99. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds.  The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 3 |
| Account No. | 5291152346211127 |
| Creditor | Capital One Bank<br>POB 85167<br>Richmond, VA 23285 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Cel



FILED

DEC 08 2009

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY