Case 07-61040-6-rel   Doc 44   Filed 03/16/10   Entered 03/16/10 11:57:25   Desc Main
Document     Page 1 of 1

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only: |
| Trustee | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN 38101-1918 |
| Assoc. Attorney | | |

March 15, 2010

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-61040         Kristy Morse

To Whom It May Concern:

Enclosed please find check #920442 in the amount of $.01 representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

Claim No.         Debtor refund

Account#

Creditor         Kristy Morse
                 36 Almond St., Apt. 2
                 Gloversville, NY 12078

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli

FILED
MAR 1 6 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY